*#6896*
*$3.54*
*1/28/10*

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

January 27, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614

Re: Carmen & Dawn Badagliacca
Chapter 7 Case No. 06-22132

To the Clerk of the Court:

Enclosed please find one check in the amount of $3.54 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 4 | Capital One Bank | $3.06 |
| 8 | Target National Bank | .48 |

If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss

*FILED 2010 JAN 28 AM 8:32 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER*